UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>ROMELIA PINEDA, )<br>)<br>Defendant. ) | No. 3:08-CR-48<br>(VARLAN / SHIRLEY) |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. On June 25, 2008, this criminal action came before the Court for a hearing on multiple motions, including a motion for extension of time to file pretrial motions and a motion to continue the trial date. On June 30, 2008, this Court entered an Order [Doc. 103] granting an extension of the motion deadline to August 15, 2008 and continuing the trial date to January 5, 2009. The Court further made the appropriate Speedy Trial Act findings, excluding the time from the filing of the pretrial motions and the new trial date.

Due to a typographical error, Defendant Romelia Pineda was inadvertently left off of this Court's previous Order [Doc. 103], which continued the motions deadline and trial date in this matter. Accordingly, the Court hereby amends its previously entered order [Doc. 103], filed on June 30, 2008, whereby ROMELIA PINEDA is added to the caption. Thus, all dates and Speedy Trial Act findings in the previously entered Order are applicable to Mr. Pineda.

In all other respects, the Order is hereby AFFIRMED.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

2